# ALABAMA COURT OF CRIMINAL APPEALS



November 21, 2025

**CR-2024-0155**
Gregory Renard Wynn v. State of Alabama (Appeal from Calhoun Circuit Court: CC-98-934.61)

## NOTICE

You are hereby notified that on November 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk